UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE ALBERTO ZAYAS-TORRES, ) | No. ED CV 11-00616-VBK |
| ) Plaintiff, ) | JUDGMENT |
| ) v. ) | |
| ) MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
| ) Defendant. ) ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: May 9, 2012          /s/
                    VICTOR B. KENTON
                    UNITED STATES MAGISTRATE JUDGE