1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jorge Alberto Zayas-Torres

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JORGE ALBERTO ZAYAS-TORRES,  )  Case No.: EDCV 11-616 VBK
                                )
12         Plaintiff,            )  ORDER AWARDING EQUAL
                                )  ACCESS TO JUSTICE ACT
13    vs.                        )  ATTORNEY FEES AND EXPENSES
                                )  PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,            )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security, )  U.S.C. § 1920
15                              )
           Defendant            )
16                              )
                                )

17      Based upon the parties' Stipulation for the Award and Payment of Equal
18 Access to Justice Act Fees, Costs, and Expenses:
19      IT IS ORDERED that fees and expenses in the amount of $2,940.00 as
20 authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized
21 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22 DATE:   July 27, 2012
23                                    _____/s/_____
                                      THE HONORABLE VICTOR B. KENTON
24                                    UNITED STATES MAGISTRATE JUDGE
25
26

-1-

1 Respectfully submitted,

2 LAW OFFICES OF Lawrence D. Rohlfing

3 /s/ *Lawrence D. Rohlfing*
_____
4 Lawrence D. Rohlfing
Attorney for plaintiff Jorge Alberto Zayas-Torres

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26